UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MERARI RODRIGUEZ-ZAVALA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | NO:  CV-12-5139-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

  Before the Court is a Report and Recommendation advising the Court to grant the parties' stipulated motion to remand.  ECF No. 27.  Neither party objected to the Report and Recommendation.  The Court has reviewed the Report and Recommendation and the underlying motion.  The Court is fully informed.

  The parties stipulate to remanding this case to an administrative law judge. The Court is in complete agreement with the Report and Recommendation.

  Accordingly, **IT IS HEREBY ORDERED**:

  1. The Report and Recommendation, **ECF No. 27**, is **ADOPTED IN ITS ENTIRETY**.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

2. The parties' Stipulated Motion to Remand, **ECF No. 26**, is

   **GRANTED**.

**IT IS SO ORDERED**.

The District Court Executive is hereby directed to enter this Order and to provide copies to counsel and to Judge James P. Hutton.

**DATED** this 23rd day of December 2013.


                                     *s/ Rosanna Malouf Peterson*
                                     ROSANNA MALOUF PETERSON
                                     Chief United States District Court Judge