1

2

3

4                    UNITED STATES DISTRICT COURT

5                  EASTERN DISTRICT OF WASHINGTON

6   MERARI RODRIGUEZ-ZAVALA,              No. 12-CV-5139-JPH

7                   Plaintiff,            ORDER ADOPTING REPORT AND

8   v.                                    RECOMMENDATION

9   CAROLYN W. COLVIN, Acting

10  Commissioner of Social Security,

                    Defendant.
11

12

13          **BEFORE THE COURT** is the Report and Recommendation entered on

14  March 24, 2014, **ECF No. 36**, recommending Plaintiff's motion for an award of

15  attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, ECF

16  No. 31, be granted.  The Commissioner has no objection to the request.  ECF No.

17  35.  No objections have been filed.  The Court has reviewed the Report and

18  Recommendation and the underlying motion.  The Court is fully informed.

19

ORDER - 1

The Report and Recommendation, ECF No. 36, to grant Plaintiff's Motion for an award of attorney's fees pursuant to the EAJA, ECF No. 31, is **ADOPTED in its entirety**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order, forward copies to the parties and Magistrate Judge Hutton, and **CLOSE** the file.

**DATED** this 10th day of April 2014.

        *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON

Chief United States District Court Judge

ORDER - 2